# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Michael Joseph Foy<br><br>**Date of Birth:** XXXXXXX<br>*Defendant(s)* | )<br>)<br>) Case: 1:21-mj-00136<br>) Assigned to: Judge Robin M. Meriweather<br>) Assign Date: 1/20/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1), (2) - knowingly enter or remain in any restricted building or grounds without lawful authority;
18 U.S.C. 231(a)(3) - Obstruction of law enforcement;
18 U.S.C. § 111(a)(1) and (b) - Forcibly assault, resist, oppose, impede, intimidate, or interfere with any officer of the United States;
18 U.S.C. § 2 – Aiding and abetting;
18 U.S.C. § 1512(c)(2) - Obstruct, influence, or impede any official proceeding of Congress.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Paula R Menges, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 01/20/2021

*Judge's signature*

City and state: Washington, D.C.   Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*