EXHIBIT C

3/2/2021

Re: My son Michael Joseph Foy

Your Honor,

I am writing this letter on behalf of my son Michael Foy.  As a mother, this is heartbreaking for me.  My son has always had a kind heart and been so sweet and caring to others.  What the media is portraying of him is not the son or person that we all love and know.

I've had so many of my friends, family, neighbors and co-workers come up to me and say how polite and nice my son is.  They say he has grown up to be suck a fine young man.  He has always put himself forward and above others to help anyone out.

When COVID hit last March, I had Michael come live with me and my husband for a few months.  We live on a 10 acre small hobby farm with livestock out in a very rural area of our state.  I never asked my son to do anything while living here.  He volunteered on his own to help out around the house and do all the chores outside as well with the animal chores.  He even took it upon himself to clear out our trails on our property, repair my shed roof, stain my bench, fix my landscape, paint my barn, garage and house.  Michael even went over and helped my neighbor on a couple of his projects as well.

Michael doesn't' have very much money.  The pandemic made it hard for anyone to find a job in our State of Michigan.  He was living with limited resources at the time and didn't even have a bed to sleep on at night.  I offered many time to buy him a bed but he had too much pride to take a hand out from anyone.  He always wanted me to be proud of him.  He receives very little money from the VA for his PTSD and nothing else.  His PTSD all started in the marines.  I fear Prison will only add to his PTSD.

Michael may struggle at many things in life like a lot of us do, but the one thing he has never struggled with is helping others and being kind.

**Please don't let this one unfortunate moment in his life define who is for the whole 30 years of his life.**  I beg for your compassion and leniency on him, as this has all been out of character for him.  Prison is not the right place for him.  He is too kind and won't last in there.  His problems will only be just beginning from there after.


Sincerely,

Laura Hartley

1917 S. Hale Rd.

Standish, MI 48658

734)679-8399

Ref: character letter for Michael Foy                                        3/1/2021

To whom it may concern

I've been asked to composed this letter for a character reference of Michael Foy,

I've known Michael for several years now, meeting him at a family holiday dinner at my mothers home roughly in 2015

Michael's mother is married to my only brother as they came for dinner one Thanksgiving back in 2015

I've seen Michael at several intervals over the years as we are a close family, when together at various holidays over the years and Michael is not present, I've always inquired with hjs Mum as too his where-a-bouts and how he's doing

Michael is a kind, thoughtful and generous family member always willing to help and lend a hand,

As early as last spring, my entire home had flooded and many items were destroyed, Michael came to help unannounced to lend a hand in the clean up efforts,

I've had Michael out on my fishing boat as he was interested in how everything worked, I was even considering bringing him on board as a first mate in my charter business once he learned the ropes, Michael caught on quick, his willingness to learn and understand the ropes was catching in my eye's

Michael is a true gentleman, kind and soft spoken

I can only pray for his understanding in any trouble he may have caused,

I was totally caught off guard at the news coverage and claims of violence he is charged with, This behavior does not represent the person I know

Please contact me for any questions or concerns about the above mentioned

respectfully

Blake Hartley

Cell 586 610 5328

03/01/2021

To whom this concerns,

I am Michael W. Cuff Jr, Corporal, USMC Veteran. I served with Michael Foy in Japan for our Permanent Duty Station with MWSS-172. Michael Foy and I got to know each other as we shared cultural interests and hobbies such as the local Japanese Culture, Mtn biking and nature activities. Michael also worked on the equipment that I drove and operated daily as a Marine. The time that we were together, we grew a bond that the Marine Corps Lore and history boasts of, which is true dedication and brotherhood (general meaning to include our sisters in the Corps).

In light of recent events, I am wishing to inform anyone not knowing Michael Foy Personally that he is one of the most caring, nice and passionate individuals I have come to know. I do not believe he should be handed such a harsh punishment as many are asking. I do believe some mentorship or counseling would be most effective for interacting with the general public or a reintegration class for former military members struggling to adapt. I do also recommend some sort of guided relaxation and mental care to assist with his mental state from past and current problems.

During our time together while enlisted and the time after we both finished our Military Service, Michael Foy always reached out to those he served with. He would call us, send messages, funny photos and videos, as well as important bits of advice and information so we could ensure we are taking care of ourselves. Looking at the youtube videos and shared edited videos of Michael Foy Allegedly impacting Law Enforcement members with an item described as a Hockey Stick, I am reminded of when he would intervene in fights to try and break people apart. Whether it was Marines or regular civilians fighting, he would jump right in and fight to separate everyone to try and maintain a peaceful setting.

Seeing how he was involved in the videos leading to him running away shortly after the hockey stick video. You can see him looking back with a facial expression of horror and disbelief. Knowing who he is, something occurred that he was against and trying to prevent. Seeing this I wanted to reach out to him and see how he was doing and what happened, unfortunately or fortunately however you wish to take it, Law Enforcement arrested him with connection to the Capitol Protest before I was able to call or message him about it.

In total, I look forward to a successful reintegration and counseling of Michael Foy, not an imprisoned one, as prison is not what Michael Foy needs. He needs proper care that would help him once again become a productive member of society and a safe one too.

Semper Fidelis,

*Michael Cuff*

Michael W Cuff Jr.

Alysia Murawski
6220 Pine Knob Road
Clarkston, MI 48348

March 2nd 2021

Re: Michael J. Foy

Dear Honorable Madam or Sir,

My name is Alysia Murawski, I'm writing to you today regarding my brother, Michael J. Foy.

I have always known Michael to be a gentle, kind and soft spoken person.  In fact, I honestly cannot say I have ever heard him raise his voice, not once in all of these years, not even as a child. Every since Michael returned from the Marines he is always the one who pushes for family to get together for dinners and holidays.  Despite Michael having his own residence he always made sure to come and stay with my husband and I every couple of months because family is incredibly important to him and we always look forward to his visits.

I hope that you will take into consideration that Michael has never before been in trouble with the law. Michael has also never once hurt/harmed anyone, in all actuality; Michael (by nature) is a protector not just to those that he loves, but strangers and animals as well.  It should also be said that Michael has a very strong support system within his family. We are all willing to stand by his side and do whatever it takes to help Michael get back on his feet, if you would kindly give us the opportunity to do so.

Thank you
Alysia Murawski

To whom it may concern,

As a close and nearly lifelong friend of Michael Foy for the better part of the past 25 years, I would like to share the type of person I know Michael to be.

Growing up he took it upon himself as the oldest kid in the neighboorhood, to take all of us younger than him under his wing as a protector, if you will. He was always somebody we looked up to; along with teaching myself confidence and willpower. This meant a lot growing up as the quiet kid with not a lot of self confidence. These are some of the reasons I've made it a point to carry on our friendship into adulthood amongst all of the day-to-day distractions that come with growing older.

He always maintained a fairly diverse group of people that he would surround himself around that would still speak highly of him to this day.

I look forward to being involved in helping get Michael back up on his feet, whether it be a job, or just a part of his support system. I know he would do the same for me.

Thank you for your time and consideration. If you have any further questions or comments my contact information is below.

Zachary Schlaff

9296 Stonehouse Ave.

Livonia, MI 48150

(734)788-7430

Mark Murawski
6220 Pine Knob Road
Clarkston, MI 48348

March 2nd, 2021

Re: Michael Foy

To the Honorable Judge

I have known Michael Foy for approximately 14 years and was very surprised to hear about his recent case. Michael Foy has always been a stand up individual which is why I am happy to write this letter in support of his character. I understand the seriousness of this matter and hope the court will review Michael Foys complete community record and show some leniency.

I have known Michael Foy to be an outstanding person and an asset to the community. Michael loves this country, which is why he signed up and served in the United States Marine Corps shortly after graduating from high school. After returning from the military Michael was looking to find work as a truck mechanic but was having a difficult time due to the required certifications, covid19 only compounded the difficulties he faced. It is extremely unfortunate that Michael got caught up in the events that took place on January 6th at the capital and I am sure he regrets his actions. That is not the Michael Foy I know.

In closing, I believe Michael Foy is an honorable person and an asset to society and the United States of America. It is my sincere hope that the court will take this letter into consideration.

Sincerely

Mark Murawski

(No Subject)

From:   Jake Pennell (jcpennell13@gmail.com)

To:     birdsapeckin@yahoo.com

Date:   Thursday, March 4, 2021, 09:07 PM EST


My name is Jacob and I wanted to write a letter on behalf of Micheal Foy. I met Foy when he got stationed out in Japan. Few months after him getting to our unit we became roommates. Me and Foy spent alot of time together and never in my wildest dreams would I have ever thought of the man to cause harm or violence to anyone. He had a mild tempered manner and seemed to see the best in people. Foy was alot older than most of the new guys that show up and with that he did his best to try and take care of the people around him. Putting them over himself on most occasions. Tried to help people in anyway he could wether it be life advice or just work advice. Once we parted ways on me having to leave Japan and go to a new duty station in North Carolina luck be have it Foy ended up out there as well. We were no longer in the same unit but in his new one he was put in a position to run a s-4 billet wich directly impacts the marines welfare around him. I belive that was his calling because he cares for people and wants to help people not bring them down.

Hazel Yarnevich
8762 Riverside Dr.
Brighton, MI 48116

March 1, 2021

Re: Michael Joseph Foy


To The Honorable Judge Tanya S. Chutkan,


I am writing on behalf of my first-born grandson, Michael Foy, I am his maternal grandmother, and I have closely known him his entire life.

I have never known Michael to be anything other than loving, and kind.  He has never ever displayed any sort of disrespect, cruelty, or maliciousness. Never acting out in anger. In fact, I can not remember ever having to correct him for any misbehavior in my presence.  He has always been clean, neat, polite and responsible, with a warmhearted spirit.  All these years he has been an absolute and consistent joy.

I really do not know how to address the charges he is accused of, because it is just so totally and completely in direct conflict from what what I know of him. And I do not know what else to say except that.

Sincerely,

*Hazel Yarnevich*

Hazel Yarnevich


hyarne@yahoo.com
810 231-9850

To whom it may concern,

My name is Linda Schlaff I am writing this character refences for Michael Foy. I hope you find it useful to understand the type of person that Michael is.

I have known Michael for roughly around 23 years. Michael and his parents were our neighbors when our kids were growing up ove r the caose of 16 years. When we heard they were moving in and *had a son close to* our sons age, we were excited. Michael and our son became good friends and still remain good friends to this day. Our families became very close as we celebrated holidays, birthdays summer outings and weekends together.

When Michael moved in, he had an older group of friends, but included our son with them as they did all the normal things boys their age did like riding bikes, skateboard and bring home snakes. Michael was a good mentor to our son and I am grateful for it. He always took my son under his wing and watched out for him. Michael has been a good role model to our son even to this day. He has been nothing but kind, caring and polite to everyone.

Michael still comes over to visit with us and just to say hello even if our son is not here. We always enjoy his visits. I've been proud of the young man he has grown up to be. The incident on Capitol Hill shocked us when we heard the news. This is not the Michael that we grew up to love and know. He has always been a good kid and never got into any trouble as long as I have known him. He has always been the person to help others. He has always been the person to make people feel welcome and accepted when they have been an outcast. He really is a good person.

Thank you for your time. If you have any questions you can call me.

Linda Schlaff
734)788-6282

Feb 23, 21

Regarding: Michael Foy's (our grandson)
    character and demeanor.

From: His grandparents on mother's (Laura)
side.

    We've known Michael as kind
cheerful, helpful, respectful, a
dear heart, care'ing always for
others.
    We've never seen Michael get
angry or in a fight. He is a good
sport. He loves family gatherings,
always polite and very loving
towards us and everyone in our
family. Hope; pray this helps
you understand who Michael is.

Joseph & Yourovich
Kathleen Yourovich

March 4, 2021

Fr: Scott Esckelson

    1922 Hale Rd.

    Standish MI 48658

    989-903-5198


RE: Character Reference / Michael Foy

Since I first met Michael with Jeff and Laura, my thoughts are, he is a quiet, shy person.  I have needed help around the house, and he came right over to do whatever I ask of him.  Michael is pleasant to be around and fun to visit with. I find it completely out of character the events he is accused of.

Sincerely,

Scott Esckelson

Michael Foy

From:   Craig James (cvjames30@gmail.com)

To:   birdsapeckin@yahoo.com

Date:   Thursday, March 4, 2021, 08:35 PM EST

To whom it may concern,
My name is Craig James. I'm Michael's step-brother. Ive know Michael for almost a decade. What i have learned about him is that, he is one of the most honorable and reliable people i have ever known. He is always quick to help anyone with anything. He always has a smile on his face. Thats because he is a good natured man. Yes, he made some mistakes. But who hasnt? We're all guilty of making mistakes in our lives. I've made plenty myself. I know that he is remorseful about his actions. He will no doubt carry guilt the rest of his life. However, we shouldnt let 30 minutes of bad decisions, dictate the rest of his life. He is a young man and has so much of his life ahead of him. If he is given the opportunity, i know he will make the best of it. Hes a hard worker, and has strong principles. I know he thought he was standing up for justice. Obviously he was misguided. He deserves a chance to rectify his mistakes in a way that does not destroy his life any further. i Have no doubt that with a fresh start, Michael will grow into a better man.
Thank you.

March 4, 2021

Re: Character reference/Michael Foy

Fr: Linda Esckelson

     1922 Hale Rd.

     Standish MI 48658

     989-239-0046

Michael's mother and stepfather are our neighbors, Laura and Jeff Hartley.

When Michael has visited our home, he has always been kind and courteous to all our guests.

We have, at times needed an extra hand at our home for general maintenance. Michael has jumped right in, picked up the tools and asked what he can do to help.

Michael always joins in the conversations, contributing intelligent, courteous, and kind comments.

Michael is always a welcome guest to our home.


Sincerely,

Linda Esckelson

To Whom It May Concern,

My name is Gary Simon and I have known Michael Foy since he was a little boy. In all those years, I have never seen Michael being mean to anyone. I don't believe I have even seen him mad. It has always been a joy to be around him while he was growing up. As a young man, he has always had a big heart and been a caring person with empathy for everyone. I have only witnessed him being nice to everyone, never seen him being disrespectful to anyone. After being with Michael, I always walked away thinking what a nice young man he is. He is always calm, very approachable and a pleasure to talk to! I have always held him in high esteem because of the person he is!

Gary Simon
18456 Hearthside Lane
Clinton Township, MI 48038
586 265-3972

To Whom It May Concern,

    Hello, my name is Alayna Pallis and Michael Foy is my Uncle. Where do I begin? My Uncle Michael has brought nothing but light & lots of love to my life since I can remember. Michael always has a smile on his face no matter how hard life can be. Without a doubt, he's a perfect example of making the best out of situations no matter how hard things may seem. Unfortunately, Michael never really seemed to have it easy, but you'd never know it. However, despite all life has had to throw at him, he always pulls through with his positivity & truly sees the best in everyone and everything. Michael is caring, genuine, and loves his family with his whole heart. He can light up any room he walks into whether it's his quirky jokes or just being your typical silly-loving uncle. Michael is truly one of a kind and people like that are hard to come by these days. Michael has always been different - in a good way. He doesn't use his hardships & things he's been through as an excuse, instead he holds his head high and keeps going. I'm so blessed & grateful to have an Uncle like Michael.

March 6, 2021

Hello,

My Name is Mandy Simon and I am Michael's older sister and I've known Michael all his life from toddler to adult, watching him grow up and blossom into the caring and loving adult has been an absolute pleasure. Not saying there wasn't any bumps in the road in Michael's life and there was but Michael always dealt with it with a level head and open heart and mind, I have never seen Michael lose his temper or become hostile in a situation. He would rather back out of the situation even if he ended up looking like he was scared, he always chose the passive way out. I was so proud of him when he decided to serve our country by joining the Marines. He has always had great pride in our country and always doing the right thing something our Dad has tried to make sure we exercise it in our daily lives with a kind gesture or something as simple as a smile towards a stranger, it could make a difference in that person's day and I've seen this in Michael's daily practices. Michael is an asset to this world by him being who he is, a caring loving human being and we need so many more of these kind of people in the world we live in now. I absolutly love my brother and he is such a special man.

Thank you,

Mandy

March 4, 2021

Dear Sir / Madame,

My name is Sharon James-Foy and I am Michael Foy's step-mother; I am writing this letter as an affirmation to his good character. I met Michael in 2013. In the 8 years between then and now Michael has earned a special place in my heart reserved for those I love and respect. Michael is one of the most caring and respectful young men I have ever met. He always greets me with a hug and genuinely asks how I am doing. His father and I are getting older and Michael is always there for us without hesitation, whenever we need help with something. When he comes to visit us, he always asks if there's anything he can do to help us; whether it's cleaning out the dryer vent or doing the dinner dishes, Michael is ever cognizant of the needs of the people around him. I am proud of Michael and the politeness he displays to everyone he meets; proud of the responsible way he takes care of his commitments and his debts and proud of the positive way he nurtures his relationships with his family.

Michael is on good terms with all of his many family members, and children are naturally drawn to his soft and caring nature. All of his nieces and nephews adore him and they range in age from 3 to 25 years old. One of our grandchildren (Steven) was born while Michael was in the service of the Marines. They finally met shortly after he returned home and 5 year old Steven was instantly enamored with his Uncle Michael.

In closing; I believe that the support and respect of Michael's family and friends speaks volumes about his character and I hope this letter helps the court in making any decisions regarding his future.

Respectfully,

Sharon James-Foy

32808 Merritt Dr

Westland, MI 48185

sarapnicki@gmail.com

734-968-7606

02/28/2021

To Whom It May Concern,

My name is Joseph Mark Foy and I am Michael Foy's Father. I write this as a father with a heavy heart with the scenario that is in front of us all. I am so proud of my son and he has never disappointed me. I want you to hear some of his achievements and real character and let that define who he truly is. All of Michael's life I tried to instill in his life the responsibility of doing the right thing no matter the personal effect it might have on you and not always be a taker but the responsibility of giving back. He was witness to this when I was Michigan's key witness in the prosecutions murder case against Serial Killer Coral Eugene Watts and how it just destroyed our family with all the press and myself falling into a deep depression which caused major problems in all of our lives.

Michael has always been a gentle kind soul. Always avoiding conflict at any cost. He would avoid hanging out with friends because he always said that when ever he hung out with friends, he always felt he had to be on guard like something was going to happen when they would go to the places everyone gathered. After high school Michael felt lost and not sure what he wanted to do with his life. He held a few jobs and then he finally decides he needed to give back by joining the USMC and serve our great nation. He did this proudly till 2019 with an honorable discharge and commendations, he held a job and went back to school to better himself and set himself in the right direction. But then the world was thrown into chaos due to the pandemic which found us all trying to find an island of normality. So, this set him a little off course but still trying.

Since Michael was 11 both him and I caught the mountain biking bug and became mountain bikers. We thourghly enjoyed riding local trails together. But that wasn't enough so we searched out that community and how we could help. We joined The Michigan Mountain Biking Association to help build and maintain all these trails we have enjoyed so much. I wore many hats in the organization and Michael was taught how to build and maintain trails along with me. From that time till he went into the Marines Michael had clocked hundreds of volunteer hours to the organization which helped promote the sport and give back to the community.

During 2020 I was asked to build a mountain bike trail in Rouge Park in the City of Detroit with the city's cooperation. I asked Michael if he would like to become my co-trail coordinator and help me build this trail to benefit the families and kids in the the city who would probably never get the chance to mountain bike. Michael said yes, so all spring, summer and fall of 2020 we built trail. We both recorded over 500 hours of volunteer work by building part of the trail system which included hauling by hand over 30 yards of rock and dirt into the woods. This is just an example of how unselfish Michael is and how he is so kind hearted and always ready to give of himself.

I end this letter by again stating how kind, loving, giving and gentle my son is. On January 6tth of 2021 there were so many ingredients into that recipe. I know for a fact my son did not go there with any ill intent to do anyone any harm. I truly believe emotions and bad decisions were the recipe for the day. So please don't let one day define my son I love him dearly and need him.

Thank you,

Joseph M Foy

32808 Merritt

Westland, Mi

48185

734-837-3709



January 24th,  2021


Motor City Mountain Biking Association

22278 Cascade Dr

Novi, MI 48375


Dear Michael,


On behalf of the Motor City Mountain Biking Association, I would like to thank you for your volunteer contributions helping to build and maintain Metro Detroit's mountain bike trail network.

Our records show that Michael Foy contributed 73 hours of boots on the ground trail work at Rouge Park in the City of Detroit in 2020. That time represents approximately $1,985.00 of value contributed to the City of Detroit according to the Independent Sector organization.

Thanks for helping make Metro Detroit a mountain biking mecca for all our area residents!


Regards,


Loren Konkus, Director