# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | Case No. 21-CR-108 (TSC) |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **MICHAEL JOSEPH FOY,** | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF FILING

    The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant discovery in the above-mentioned case as outlined in the government's attached discovery letter dated April 20, 2021.

                                  Respectfully submitted,

                                  CHANNING D. PHILLIPS
                                ACTING UNITED STATES ATTORNEY
                                D.C. Bar No. 415793

By:    /s/ *Emory V. Cole*
        EMORY V. COLE
        Assistant United States Attorney
        PA. Bar Number 49136
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 252-7692
        Emory.Cole@usdoj.gov

## CERTIFICATE OF SERVICE

On April 20, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

*/s/ Emory V. Cole*
Emory V. Cole
Assistant United States Attorney