

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

April 26, 2021

**<u>By E-mail</u>**
Eugene Ohm
Elizabeth Ann Mullin
Office of the Federal Public Defender
1650 King Street
Suite 500
Alexandria, VA 22314
eugene_ohm@fd.org
elizabeth_mullin@fd.org

Re:  *United States v. Michael Joseph Foy*
Case No. 21-CR-108 (TSC)
Capitol Tour

Dear Defense Counsel:

The U.S. Capitol Police have arranged five dates for crime scene tours of the Capitol.  The tour dates and times are listed below:

- Monday, May 3rd at 9:00 a.m.
- Saturday, May 8th at 9:00 a.m.
- Sunday, May 9th at noon
- Monday, May 31st at 9:00 a.m.
- Saturday, June 5th at 5:00 p.m.

If you wish to participate in a tour, please email me at Emory.Cole@usdoj.gov **and** paralegal Mariela Andrade at Mariela.Andrade@usdoj.gov, and provide the following information:
- Names, phone numbers and email contact information for any counsel who will be participating in the tour.
- Case(s), Case number(s), and AUSA assigned to each case.
- Tour date selected.

The conditions of the U.S. Capitol Police for participating in the tour are as follows:
- The tours are restricted to **<u>counsel</u>**.  You may not bring **<u>any</u>** guests, including investigators or paralegals.
- No cameras are permitted but if you would like photographs of specific areas, you will be able to submit your requests to the General Counsel for the U.S. Capitol Police after the tour.

o   The tours will be led by officers and questions about the events of January 6 will not be permitted.  If you have such questions, you may direct them to me.

o   If you drive there, you will need to find your own parking.

The tour will encompass the following areas of the Capitol:

- Speaker's Lobby
- Speaker's Office
- House Chamber
- Senate Chamber
- Senate Gallery
- Statuary Hall
- Crypt
- West Front of Capitol
- East Front of Capitol
- East Grand staircase – Senate
- Rotunda including the East Front Lobby area and steps to the Crypt
- Rotunda West staircase to the CryptRotunda Door exterior
- Upper West Terrace/ Upper West Terrace Door (interior and exterior)
- Lower West Terrace
- West Terrace Steps and staircase and wall
- Senate Wing Door
- Parliamentarian's Office (and adjacent fire door)
-  Lower West Terrace Door specifically  (interior and exterior)
-  Offices ST2 – ST10
- Exterior HT2M window
- S140 & S145
- North and South Doors of Capitol
- House Wing (near House Wing Door) and Hall of Columns
- Memorial Door and interior steps to Second Floor adjacent to Memorial Door
- Capitol Visitors Center (main level and Emancipation Hall)
- Area of the House Majority Leader's Office (Hoyer)

Maps of the grounds and floor plans are attached to assist you.

I look forward to hearing from you.

Sincerely,

CHANNING PHILLIPS
Acting United States Attorney

By:      /s/ *Emory V. Cole*
         Emory V. Cole
         Assistant United States Attorney
         PA. Bar Number 49136
         555 Fourth Street, N.W.
         Washington, D.C. 20530
         (202) 252-7692
         Emory.Cole@usdoj.gov



# FIRST (GROUND) FLOOR PLAN
### AS OF JUNE, 1997    NORTH ➙

SCALE:  0  16  32  48  64  FEET



# SECOND (PRINCIPAL) FLOOR PLAN

scale: 0  16  32  48  64  feet

AS OF JUNE, 1997  NORTH →

# THIRD (GALLERY) FLOOR PLAN



scale: 0  16  32  48  64  feet

AS OF JUNE, 1997  NORTH →