UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-CR-108 (TSC) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOSEPH FOY, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant with a letter in response to defendant's request for Bill of Particulars in the above-mentioned case via email on May 6, 2021.

                                           Respectfully submitted,

                                           CHANNING D. PHILLIPS
                                           ACTING UNITED STATES ATTORNEY
                                           D.C. Bar No. 415793

By:    /s/ *Emory V. Cole*_____
           EMORY V. COLE
           Assistant United States Attorney
           PA. Bar Number 49136
           555 Fourth Street, N.W.
           Washington, D.C. 20530
           (202) 252-7692
           Emory.Cole@usdoj.gov

**CERTIFICATE OF SERVICE**

On May 7, 2021, a copy of the foregoing notice was served on defendant's counsel through the Court's Electronic Filing System with the listed attachment provided to counsel via email.

                                               */s/ Emory V. Cole*
                                               Emory V. Cole
                                               Assistant United States Attorney