UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-CR-108 (TSC) |
| | ) | |
| MICHAEL FOY | ) | |

**DEFENSE POSITION**

COMES NOW Michael Foy, through counsel, in accordance with the Court's June 17, 2021, Minute Order and provides his position regarding press applications for release of the video exhibits referenced in the parties' respective motions regarding bond.

Upon review of the press applications, Mr. Foy takes no position regarding the release of the requested exhibits and respectfully defers to the Court on this issue.

Respectfully submitted,

Michael Foy
By Counsel


\_\_\_\_\_-s-\_\_\_\_\_
Elizabeth Mullin
Assistant Federal Public Defender
Counsel for Michael Foy
Virginia Bar Number 86668
DC Bar Number 484020
1650 King Street, Suite 500
Alexandria, Virginia  22314
(703) 600-0879 (T)
(703) 600-0880 (F)
Elizabeth_Mullins@fd.org (e-mail)