# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-CR-108 (TSC) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOSEPH FOY, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE TO THE COURT

After a careful review and extensive examination of all issues related to the Court's pretrial release from detention Order of this defendant on June 30, 2021, the United States has determined at this time not to appeal this Court's pretrial release Order.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793
By: */s/ Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
PA. Bar Number 49136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2021, I caused a copy of the foregoing to be served on counsel of record via electronic filing.

                                                  */s/ Emory V. Cole*
                                                  Emory V. Cole
                                                  Assistant United States Attorney