UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA : 

v.  :  1:21-CR-108 (TSC)

MICHAEL FOY  :

**DEFENDANT'S EMERGENCY TO LIFT 72 HOUR STAY OF RELEASE ORDER**

Michael Foy respectfully requests that this Honorable Court immediately lift its 72 hour stay of Detention Order. In support of his Motion, Mr. Foy states the following.

1. Mr. Foy was ordered released on June 30, 2021 with significant conditions. The Government requested a stay of the release order while it considered the possibility of appeal. The Court granted that motion over the defense's objection.

2. On July 2, 2021, the Government informed the Court that it would not be appealing the Court's June 30, 2021 Order. ECF 42.

3. Mr. Foy is currently at the Correctional Treatment Facility. There is thus no purpose for Mr. Foy to continue to be detained.

4. In order to avoid any further confusion with the Department of Corrections, counsel also requests that the Court's Release Order of June 30, 2021 be resubmitted to the U.S. Marshals Service and the Department of Corrections.

**Conclusion**

Wherefore, for the foregoing reasons, Mr. Foy respectfully requests that the Court lift the temporary stay of its release Order and to inform the appropriate parties to release him immediately.

1

        Respectfully submitted,

        A. J. KRAMER
        FEDERAL PUBLIC DEFENDER

            /s/

        _____

        EUGENE OHM
        ELIZABETH MULLIN
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W., Suite 550
        Washington, D.C.  20004
        (202) 208-7500