UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:21-CR-108 (TSC) |
| | ) | |
| MICHAEL FOY | ) | |

**<u>ORDER</u>**

Upon consideration of the Defendant's Emergency Motion to Lift Stay, it is hereby ORDERED that the Motion is GRANTED; it is further ORDERED that the Stay of June 30, 2021 is vacated and that Mr. Foy be immediately released.

Date: _____

_____
The Honorable Tanya Chutkan
United States District Court for the
District of Columbia