UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | Criminal No. 21-cr-00108 (TSC) |
| **MICHAEL JOSEPH FOY**, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, and upon careful consideration of Defendant's Second Motion for Release to Home Confinement, the Government's opposition, the Defendant's reply, the Government's June 9, 2021 surreply, the arguments set forth during the June 2, 2021 hearing, the applicable law, and the entire record herein, the Motion for Release to Home Confinement, ECF No. 22, is hereby **GRANTED**. Michael Joseph Foy shall be released into home confinement with GPS monitoring and other specified conditions of release under the courtesy supervisions by the Pretrial Services Agency of the Eastern District of Michigan.  An Order Setting Conditions of Release is forthcoming.

Date:  July 2, 2021

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

1