UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | 1:21-CR-108 (TSC) |
| ) | |
| **MICHAEL FOY** ) | |

## ORDER

Upon consideration of the Defendant's Emergency Motion to Lift Stay, it is hereby ORDERED that the Motion is GRANTED; it is further ORDERED that the Stay of June 30, 2021 is vacated and that Mr. Foy be immediately released into home confinement as set forth in the court's July 2, 2021 Order Setting Release Conditions.

Date:   July 2, 2021

*Tanya S. Chutkan*
_____
The Honorable Tanya Chutkan
United States District Court for the
District of Columbia

3