UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-CR-108 (TSC) |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOSEPH FOY,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION FOR CONTINUANCE OF STATUS HEARING**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, by and through his attorney, Elizabeth Mullin, Esquire (collectively, "the parties") jointly move this Court to continue the Status Hearing currently scheduled for August 2, 2021.

Since the last hearing in this matter, the parties request further time to discuss all possible options regarding a possible resolution of this matter. Therefore, the parties agree that it is in the interest of justice to continue those discussions and thus request an exclusion of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

Accordingly, the parties request a continuance of approximately 60 days and an exclusion of time under the Speedy Trial Act until that date. In that regard, if approved, the parties will reach out to this Court's courtroom deputy for the appropriate date for the next status hearing and for the parties availability and this Honorable Court.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793

 /s/ *Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
PA. Bar Number 49136
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-7692
Emory.Cole@usdoj.gov


A.J. KRAMER
FEDERAL PUBLIC DEFENDER

  /s/ *Elizabeth Mullin*
Elizabeth Mullin
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Elizabeth Mullin@fd.org