UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CR No. 1:21-CR-00108 (TSC) |
| **MICHAEL FOY** | : | |
| | : | |

NOTICE OF FILING

Undersigned counsel, on behalf of Michael Foy, respectfully submits the attached letter for filing in the docket.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, DC 20004
(202) 208-7500
eugene_ohm@fd.org

# FEDERAL PUBLIC DEFENDER
### DISTRICT OF DISTRICT COLUMBIA

---
**625 Indiana Ave. NW.**
**Washington, DC 20004**
**(202) 208-7528**
**FAX  (202) 208-7515**

**FEDERAL PUBLIC DEFENDER**
**A.J. KRAMER**

**February 4, 2022**

Emory Cole
Assistant United States Attorney
U.S. Attorney's Office
555 Fourth St. NW
Washington D.C. 20053
    Re:    United States v. Michael Foy, 21-cr-108 (TSC)

Dear Mr. Cole:

    We are writing you to make the following discovery requests.  We emailed you this week but have not yet heard a response.  Feel free to call this weekend if you have time.

1. As I mentioned in my email, the zipped files from Production 5 appeared to not have correctly uploaded to USAFx.  We believe are videos specific to our case.  Could you please have your paralegal upload them again and identify what they are?

2. We do not appear to have the police reports or other documents that relate to the alleged assault of Officers D.P. and L.M.  Specifically, please provide any statements that they have made about the incident, oral or recorded.  Please provide any police reports associated with any injuries that they allegedly incurred.  Please also provide any statements that they made to medical professionals, union representatives, requests for leaves or to supervisors.

3. We do not appear to have any bodyworn camera associated with L.M.  Please provide that footage.

4. In Production 3, we received body worn camera footage for 26 officers but for most of these files, it is unclear what the relevance is to this case.  It also appears that the footage for most of the officers is incomplete.  Please provide the relevance of the footage that you have provided.  (Again, if these items were produced in Production 5, we were unable to open the files).  We would also appreciate it if you could review

the footage to ensure that the files that were provided were the files that you intended to provide.

5. Please provide audit trails for all of the body worn camera footage that you have determined to be relevant to this case.

6. In your October 15, 2021 discovery letter, you reported that all of the video discovery had been provided through evidence.com and the rest would soon be coming through Relativity. Although we now have access to evidence.com, we do not have any master key to allow us to search for evidence relevant to Mr. Foy. As a result, we have no effective way of sifting through the videos. Please provide us any master list of video that you have that includes the names and descriptions of the files in evidence.com.

7. With regards to Relativity, the login information has not completely been disseminated to all of the lawyers (one of us received log in information last Friday – the other has not). Moreover, we have been told that the majority of discovery that is to be uploaded to Relativity has not yet been uploaded. It is our understanding that Global Productions 1 through 7 are still not available. Thus, we presently still have no ability to search for information relevant to our client.

We understand your desire to move this case along but please recall that it has taken (to this point) over a year for the Government to provide the discovery and it still has not been completely provided in a usable form. We also recognize that it is your prerogative to withdraw your plea offer whenever you would like. We do wish to advise you, however, that we have attempted to diligently scour through the discovery in order to advise our client and we do not believe that we have done so adequately. One of the primary issues is the form in which the video discovery has been provided thus far. We think it sensible to continue the status for forty-five days so that the Government could continue its efforts to upload information into Relativity; so that we can be trained in Relativity; and so that we can access that information. At that point, we are hopeful that we will be in a position to negotiate with the Government.

Again, please feel free to call if you have any questions or would like to discuss any of these matters.

Best,

Eugene K. Ohm
Elizabeth Mullin
Attorneys for Michael Foy