# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No. 21-CR-108 (TSC) |
| | : | |
| **v.** | : | |
| | : | |
| **MICHAEL JOSEPH FOY,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully gives notice that undersigned counsel for the government has provided counsel for the defendant Grand Jury Transcript dated February 10, 2021 (20 pages).

                            MATTHEW M. GRAVES
                            United States Attorney
                            D.C. Bar No. 481052

By:     /s/ Emory V. Cole
            EMORY V. COLE
            PA Bar No. 49136
            Assistant United States Attorney
            Federal Major Crimes Section
            555 4th Street, N.W.
            Washington, D.C. 20530
            (202) 252-7692

## CERTIFICATE OF SERVICE

On February 16, 2022, a copy of the foregoing discovery was served on defendant's counsel by email.

*/s/ Emory V. Cole*
Emory V. Cole