UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL FOY,**<br><br>　　　　**Defendant.** | Crim. Action No. 1:21CR108 |

## JOINT STATUS REPORT

 Michael Foy and the United States, by and through their attorneys, respectfully submits this Joint Status Report, in lieu of the Scheduling Order ordered by the Court. The parties are nearing a disposition short of trial. The government is in the process of generating paperwork and confirming supervisory approval. The parties hope to have a concrete update for the Court by September 28, 2022.

           Respectfully submitted,

           A. J. KRAMER
           FEDERAL PUBLIC DEFENDER

            /s/
           _____
           EUGENE OHM
           ELIZABETH MULLIN
           Assistant Federal Public Defenders
           625 Indiana Avenue, N.W., Suite 550
           Washington, D.C.  20004
           (202) 208-7500

MATTHEW GRAVES
UNITED STATES ATTORNEY

/s/
_____
EMORY V. COLE
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7692