## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-CR-00108 (TSC)** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JOSEPH FOY,** | : | **VIOLATIONS:** |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **MICHAEL JOSEPH FOY**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, MPD Officer D.P., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Sections 111(a)(1))

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    */s/ Emory V. Cole*
        EMORY V. COLE
        PA. Bar No. 49136
        Assistant United States Attorney
        Federal Major Crimes Section
        601 D. Street, N.W.
        Washington, D.C. 20530
        (202) 252-7692
        emory.cole@usdoj.gov