| | | UNITED STATES OF AMERICA | | | |
|---|---|---|---|---|---|
| Government | ✓ | VS. | | Civil/Criminal No. | 21-CR-00108 (TSC) |
| Plaintiff | ☐ | MICHAEL JOSEPH FOY | | | |
| Defendant | ☐ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Clip 1.mp4<br>Foy throws a sharpened pole at Police Officers. | | | | |
| 2 | Clip 2.mp4<br>Foy gained entry inside the U.S. Capitol when he crawled through a destroyed window and into the Capitol of the United States. | | | | |
| 3 | Clip 3.mp4<br>Foy's assault as seen from an MPD officer's body-worn camera. | | | | |
| 4 | Ofc_Powell_struck_by_pole-FBI_Investigation.mp4<br>Foy's assault as seen from an MPD officer's body-worn camera. | | | | |
| 5 | VIDEO CLIPS 2.mp4<br>Foy used his hockey stick to assault. | | | | |
| 6 | Video showing defendant swinging hockey stick.mp4 | | | | |