IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-CR-108 (TSC) |
| | : | |
| v. | : | |
| | : | |
| MICHAEL JOSEPH FOY, | : | |
| | : | |
| Defendant. | : | |

## AGREEMENT AND WAIVER OF JURY TRIAL RIGHTS

Defendant Michael Foy, by and through counsel, hereby acknowledges that he will be waiving the following rights by proceeding with a Stipulated Trial:

1. The Constitutional right to a trial by jury. At a trial, the government would have to present evidence to prove the defendant's guilt beyond a reasonable doubt.

2. The right to cross-examine witnesses presented by the government and the right to have witnesses called to court to testify on behalf of the defendant.

3. The right to counsel to assist the defendant at trial.

4. The right to testify if the defendant chose to do so. However, if the defendant chose not to testify, the Court would instruct the jury that the decision could not be used against the defendant.

5. At a jury trial, the defendant could not be convicted unless all 12 jurors agreed that the government had proved the defendant's guilt beyond a reasonable doubt.

6. If you are not a citizen of the United States, your conviction could result in your deportation or have other immigration consequences.

If the Court grants leave to proceed to the Stipulated Trial, you will give up these rights. The government agrees that proceeding with a Stipulated Trial will not curtail, abridge, or otherwise effect your right to appeal the Court's denial of your motion to dismiss Count Two, which charges a violation of 18 U.S.C. § 1512( c)(2) and 2. The government also agrees to dismiss remaining counts of the Indictment following your acceptance to the Statement of Offense as to Count Two of the pending Indictment, charging Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2) and 2; and Count One of the Information to be filed in this case, charging Assaulting, Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1). The government further agrees that your agreement to the Statement of Offense qualifies as acceptance of responsibility for purposes of the Sentencing Guidelines.

The Court will consider the Statement of Facts and if it believes that the government has proven your guilt beyond a reasonable doubt, the Court will find you guilty. Your signature means that you wish to proceed by a Stipulated Trial and give up those rights.

_____                    Date: 06-20-23

Michael Foy