**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Action No. 1:21CR108** |
| **MICHAEL FOY,** | |
| **Defendant.** | |

**CONSENT MOTION TO CONTINUE SENTENCING HEARING DATE**

Michael Foy, through counsel and with the consent of the government, moves to continue the presently scheduled sentencing date of November 6, 2023, for sixty days so that the pre-sentence report can be disclosed with sufficient time for the parties to respond. In support of this Motion, counsel states:

1. On June 22, 2023, Mr. Foy waived his right to a trial pursuant to a stipulated trial agreement. Following the stipulated trial, the Court convicted Mr. Foy of Counts 1 and 2 of the Superseding Indictment. Sentencing was scheduled for November 6, 2023, with memoranda due October 30, 2023.

2. Undersigned counsel has been corresponding with U.S. Probation about the pre-sentence report (PSR). Due to U.S. Probation and counsel's busy conflicting schedules, there has been a delay in arranging the PSR interview. As such, counsel understands that the PSR will not be disclosed in time for the parties to have sufficient time to respond. Accordingly, counsel respectfully requests 60 days for additional time to complete the necessary paperwork, responses to the PSR, and memoranda.

3.   The government consents to this request.

Wherefore the reasons stated herein, Michael Foy, through counsel respectfully moves the Court to continue the Sentencing Hearing in this matter to January 9, 10, 11, or 12, 2024.[1]

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

EUGENE OHM
ELIZABETH MULLIN
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

MATTHEW GRAVES
UNITED STATES ATTORNEY

/s/

_____

EMORY V. COLE
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7692

---

[1] Defense counsel is unavailable December 8, 2024