UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL FOY,<br><br>    Defendant. | Crim. Action No. 1:21CR108 |

### MOTION TO STAY SENTENCING PENDING SUPREME COURT'S RESOLUTION OF *FISCHER v. UNITED STATES*

Michael Foy, through counsel, respectfully moves this Court to vacate the sentencing hearing presently scheduled for February 28, 2024, and to stay proceedings in this matter until after the Supreme Court resolves *United States v. Fischer*, 64 F.4d 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (Dec. 13, 2023).

The question presented in *Fischer* is: "Did the D.C. Circuit err in construing 18 U.S.C. § 1512(c) ('Witness, Victim, or Informant Tampering'), which prohibits obstruction of congressional inquiries and investigations, to include acts unrelated to investigations and evidence?" *See* Petition for Certiorari, *Fischer v. United States*, No. 23-5572 (filed September 11, 2023).

Mr. Foy litigated this same question in his case and completed a stipulated trial in order to preserve the issue for appeal.[1] Indeed, § 1512(c) will drive the

---

[1] Mr. Foy filed a motion to dismiss the § 1512(c) obstruction count, ECF. No. 71.

recommended Guidelines sentencing range. Thus, resolution of *Fischer* will directly impact the validity of Mr. Foy's conviction as well what sentence may be appropriate for him. Proceeding to sentencing in Mr. Foy's case will potentially prejudice him should the Supreme Court resolve *Fischer* in the defendant's favor. It will also involve the expenditure of judicial resources that ultimately may prove to have been unnecessary based on *Fischer*'s outcome.

Therefore, in the interests of fairness and judicial economy, Mr. Foy requests that the Court stay sentencing in his case pending the Supreme Court's resolution of *Fischer*.

Respectfully submitted,

A.J. KRAMER

By Counsel

\_\_\_/s/_____
Elizabeth Mullin
Eugene Ohm
Assistant Federal Public Defenders
Federal Public Defender's Office
625 Indiana Ave NW, Suite 550
Washington, D.C. 20004