# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MICHAEL JOSEPH FOY**<br><br>    Defendant. | Case No. 21-cr-00108 (TSC) |

## GOVERNMENT'S MOTION FOR LEAVE TO FILE AMENDED SENTENCING MEMORANDUM

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion for leave to file the attached Amended Sentencing Memorandum. The United States has conferred with defense counsel, who do not oppose the filing of the attached Amended Sentencing Memorandum. The United States requests the Court grant it leave to file the Attached Sentencing Memorandum because it clarifies the requested sentence and will not cause any prejudice.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

BY:
/s/ *Emory V. Cole*
EMORY V. COLE
Assistant United States Attorney
PA Bar No. 49136
United States Attorney's Office
For the District of Columbia

1

601 D. Street, NW
Washington, D.C. 20530
Emory.Cole@usdoj.gov

MATTHEW BECKWITH
DC Bar No: 90014452
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20004
(202) 252-7109
Matthew.Beckwith@usdoj.gov