# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL FOY,<br><br>          Defendant. | Crim. Action No. 1:21CR108 |

## MOTION FOR LEAVE TO FILE SENTENCING MEMORANDUM AND EXHIBITS UNDER SEAL

Michael Foy, through undersigned counsel, respectfully moves this Court for permission to file the defense Memorandum in Aid of Sentencing and exhibits under seal pursuant to Local Criminal Rule 5.1(h). In support of this Motion, counsel states:

1. Mr. Foy will be before for sentencing on February 28, 2024.

2. Defense counsel will file Mr. Foy's Sentencing Memorandum on February 21, 2024.

3. Counsel seeks leave to file the Memorandum and exhibits, which contain sensitive mental health and other sensitive information under seal. Counsel will provide chambers and the government with a copy the under seal submission.

4. The Court has the inherent power to seal materials submitted to it. *See United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *Times Mirror Company v. United States*,

873 F.2d 1210 (9th Cir. 1989); *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984) (the trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests).

5. Because the Memorandum and exhibits contain sensitive information, counsel moves to seal the defense sentencing materials. In the alternative, counsel seeks leave to file the Memorandum and exhibits with redactions.

                                          Respectfully submitted,

                                          A. J. Kramer
                                          Federal Public Defender

                                          _____/s/_____
                                          Elizabeth Mullin
                                          Assistant Federal Public Defender
                                          625 Indiana Ave NW, Suite 550
                                          Washington, D.C. 20004
                                          (202) 208-7500