UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL FOY,<br><br>           Defendant. | Crim. Action No. 21CR108:(TSC) |

## WAIVER OF RIGHT TO IN-PERSON HEARING

I, Michael Foy, hereby waive under Rule 43(b)(4) of the Federal Rules of Criminal Procedure, my right to be present, in-person, at the hearing on my Motion to Reduce Sentence. This hearing is scheduled for April 11, at 2 p.m. EST before United States District Judge Tanya S. Chutkan, in case no. 21-cr-108, in the United States District Court for the District of Columbia.

My counsel, Elizabeth Mullin, has explained to me my right to appear in person. I knowingly and voluntarily waive my right to appear in person. I understand that by this waiver, I waive my right to appeal my absence at hearing on the Motion to Reduce Sentence. I am satisfied with my counsel and I execute this waiver after consultation with Ms. Mullin.

_____
Michael Foy


_____
Elizabeth Mullin
Counsel to Michael Foy