Notice of Appeal Criminal

CO-290
Rev. 3/88

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,           :

    v.           :           Cr. No. 21-108 (TSC)

MICHAELY FOY,           :

    Defendant.           :

## NOTICE OF APPEAL

**Name and address of appellant:**  Michael Foy
FCI Ashland
Federal Correctional Institution
PO Box 6001
Ashland, KY 41105

**Name and address of appellant's attorney:**  Tony Axam
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**  18 U.S.C. §§ 111(a)(1) and 1512(c)(2), 2 – assault on law enforcement and obstruction of justice

**Concise statement of judgment or order, giving date, and any sentence:**

Judgment filed on February 29, 2024, sentencing defendant to:
40 months' imprisonment, 24 months' supervised release, special assessment of $200.

**Name and institution where now confined, if not on bail:**   FCI Ashland

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 4/12/2024 | Michael J. Foy |
|---|---|
| DATE | APPELLANT |

| CJA, NO FEE ____FPD____ | ____Tony Axam____ |
|---|---|
| PAID USDC FEE ___No_____ | ATTORNEY FOR APPELLANT |
| PAID USCA FEE ___No_____ | |

Does counsel wish to appear on appeal?  _X_ Yes  ___ No
Has counsel ordered transcripts?  __ Yes  _x_ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?  _X_ Yes  __ No