UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL JOSEPH FOY,<br><br>Defendant. | Criminal No. 21-cr-108 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 122, Defendant's Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A), ECF No. 108, is hereby DENIED, and Defendant's Motion to Reduce Sentence under Federal Rule of Criminal Procedure 35(a), ECF No. 103, is MOOT.

Date: July 19, 2024

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge