# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-3042**  **September Term, 2024**

**1:21-cr-00108-TSC-1**

**Filed On: January 13, 2025** [2093638]

United States of America,

    Appellee

  v.

Michael Joseph Foy,

    Appellant

## M A N D A T E

    In accordance with the order of January 13, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                          BY:    /s/
                                        Selena R. Gancasz
                                        Deputy Clerk

Link to the order filed January 13, 2025